**Electronically Filed**
**Supreme Court**
**SCPW-14-0001021**
**14-AUG-2014**
**12:15 PM**

SCPW-14-0001021

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent,

vs.

KEVIN NAKAYAMA, Petitioner.

---

ORIGINAL PROCEEDING
(CR. NO. 13-1-0381)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Kevin Nakayama's petition for writ of habeas corpus, filed on July 28, 2014, the documents attached thereto and submitted in support thereof, and the record, it appears that habeas corpus relief is available to Petitioner in the circuit court and Petitioner presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied without prejudice to seeking habeas corpus relief in the circuit court.

DATED: Honolulu, Hawaiʻi, August 14, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

